

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2015

No. 04-14-00246-CR

Destyn David **FREDERICK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On July 21, 2015, appellant filed a *pro se* motion to suspend electronic filing and a *pro se* reply brief, asserting appointed counsel had abandoned the appeal. Appellate counsel, however, timely filed an appellant's brief in this appeal on April 20, 2015, and the filing of a reply brief is not mandatory under the Texas Rules of Appellate Procedure. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, appellant's *pro se* motion and reply brief are STRICKEN and will not be considered by the court.

It is so **ORDERED** on the 27th day of July, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court